UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT LANDRY**                                                      **CIVIL ACTION**

**VERSUS**                                                             **No. 11-481**

**LIBERTY BANK & TRUST**                                               **SECTION: "I"**
**COMPANY, ET AL.**

### O R D E R

Before the Court is a motion[1] to certify class filed by plaintiff, Robert Landry.  Local Rule 23.1(B) provides,

> Within 91 days after filing of a complaint in a class action or filing of a notice of removal of the class action from state court, whichever is later, plaintiff must move for class certification under *FRCP 23(c)(1)*, unless this period is extended upon motion for good cause and order by the court.

Plaintiff filed his complaint in this Court on February 28, 2011. Plaintiff did not move for class certification until September 2, 2011, long after 91 days had lapsed since the filing of the complaint.  Additionally, plaintiff has not filed a motion to show good cause for an extension of the time to move for class certification.

Accordingly,

**IT IS ORDERED** that plaintiff's motion is **DISMISSED**.

---

[1] R. Doc. No. 17.

**IT IS FURTHER ORDERED** that defendants' motion[2] to continue the hearing on plaintiff's motion for class certification is **DISMISSED AS MOOT.**

New Orleans, Louisiana, September 15th, 2011.

                                        **LANCE M. AFRICK**
                              **UNITED STATES DISTRICT JUDGE**

---

[2] R. Doc. No. 18.